GERALDINE MILES, Respondent, v. GEORGE H. MILES, Appellant.— Order reversed on the law, without costs, and motion denied. A certified copy of the order requiring defendant to pay alimony was not served on him personally and he cannot, therefore, be held in contempt. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

WILLIAM NIELSON, Respondent, v. STANDARD ARCH COMPANY and A. PEARLMAN IRON WORKS, INC., Defendants, and EDWARD CORNING COMPANY, Appellant. — Judgment and order reversed on the law and a new trial granted, costs to appellant to abide the event. The rule of the State Department of Labor was improperly received in evidence, there being no basis therefor in the pleadings. Young, Carswell, Tompkins and Davis, JJ., concur; Lazansky, P. J., concurs in result.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE CASTIGLIONE, Appellant.— Judgment of conviction to the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC JANKELEVITZ and ALFRED ROZOWSKY, Appellants.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Scudder, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LICHTBLAU, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed on the law and the facts and a new trial ordered on the ground that the guilt of defendant was not established beyond a reasonable doubt. Lazansky, P. J., Hagarty and Davis, JJ., concur; Carswell and Scudder, JJ., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LICHTBLAU, Appellant.— Appeal from order denying motion for a new trial on the ground of newly-discovered evidence dismissed. Lazansky, P. J., Hagarty and Davis, JJ., concur; Carswell and Scudder, JJ., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. VOGT, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, affirmed. We are constrained to affirm because the trial judge had the advantage of seeing these witnesses, although we deem the punishment too severe, particularly because of the mandatory requirement that defendant's license be revoked in the event of a conviction for this offense, and because the burden of such revocation may not be lifted for at least six months under the statute,█ upon an application to the Commissioner of Motor Vehicles. Lazansky, P. J., Carswell and Davis, JJ., concur; Hagarty and Scudder, JJ., dissent and vote to reverse and to dismiss the information.

HENRY W. RAISCH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order and judgment reversed on the law, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and judgment on the pleadings directed for the defendant dismissing the complaint, with costs, pursuant to rule 112 of the Rules of Civil Practice. State lands were not subject to assessment for local